UNITED STATES DISTRICT COURT
for the
Southern District of the Indiana

United States of America )
    v. ) Case No. 1:16CR00025-001
Bennito L. Rodriguez ) USM No. 15106-028

Date of Original Judgment: 10/06/2016

Pro Se
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to the First Step Act of 2018**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by Section 401 of First Step of Act of 2018, and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: **240 months**  Amended Sentence:
Previous Supervised Release Term Imposed: **10 years**  Amended Supervised Release Term:
Previous Underlying Sentence Imposed:  Amended Underlying Sentence:

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☐ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. ADDITIONAL COMMENTS:**

The First Step Act has no impact on Mr. Rodriguez's sentence and therefore the Court does not have any legal authority to modify or reduce his sentence at this time.

**IT IS SO ORDERED**.

Order Date: __09/26/2019_____  *[signature: Sarah Evans Barker]*

                                                SARAH EVANS BARKER, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distribution:

Counsel of record via CM/ECF

Bennito L. Rodriguez, Reg. No. 15106-028, FCI Elkton, P.O. Box 10, Lisbon, OH 44432