AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:16-cr-00025-SEB-MJD-1 |
| BENNITO L RODRIGUEZ ) | USM No: 15106-028 |
| ) | |
| Date of Original Judgment: 10/21/2016 ) | |
| Date of Previous Amended Judgment: ) | |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/21/2021 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/01/2024

*signature: Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Effective Date: _____
*(if different from order date)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cr-00025-SEB-MJD |
| | ) | |
| BENNITO L RODRIGUEZ, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION TO REDUCE SENTENCE**

Pending before the Court is Bennito L. Rodriguez's Motion to Reduce Sentence filed pursuant to USSG Amendment 821 [Dkt. 628]. The Government has filed its response in opposition to the motion.

Being duly advised, the Court hereby **DENIES** the motion, finding Petitioner ineligible for a reduced sentence based on this amendment to the Sentencing Guidelines for the reason that applying the Amendment would not result in a reduction of Petitioner's original guideline range. USSG § 1B1.10.

Pursuant to the holding in <u>Dillon v. U.S.</u>, 560 U.S. 817, 824 (2010) and the requirements set out in the applicable statutes (ie, 18 U.S.C. § 3582(c)(2) and the Sentencing Guidelines (§§ 4A1.1(a) and (e)), the changes effectuated by Amendment 821 to the Guidelines do not apply to Petitioner because his original guideline range would not be reduced, thus making him ineligible for a reduced sentence. To qualify for relief under § 3582(c)(2), a petitioner's sentencing range must be lowered by the Amendment.

Assuming no other sentencing statutes apply, Part A of Amendment 821, which alters the status points provision regarding the criminal history (USSG § 4A1.1(e)) directing the addition

of 1 point (rather than 2 under the original guidelines formulation) is applicable if the defendant received 7 criminal history points and committed the offense while under criminal justice sentence as specified.

Petitioner Rodriguez had 7 criminal history points as a part of his sentencing guideline computation which included 2 status points. His sentencing guideline range was 210-262 months (criminal history category IV; total offense level of 34). However, he faced a 20-year mandatory sentence to which he pled guilty pursuant to Rule 11(c)(1)(c). The Court accepted the parties' recommendation and sentenced him to 240 months of incarceration. Thus, even after applying § 4A1.1(e), Petitioner's sentence would remain unchanged. To be eligible for relief, the sentencing range must be lowered by the applicable amendment. Since he is ineligible and his motion for reduction of sentence must be **DENIED**.

IT IS SO ORDERED.

Date: _____10/1/2024_____

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Counsel of Record via CM/ECF

U.S. Probation Office

Bennito L. Rodriguez Reg. No. 15106-028
FCI Terre Haute
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 33
TERRE HAUTE, IN   47808